MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

LAURIE KLOSTER GRAY (MNBN 1053618)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6557
FAX: (415) 436-6753
laurie.kloster.gray@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR-15-00205 WHA |
| v. | |
| JAQUAN DESHAWN TAYLOR, | STIPULATION AND [~~PROPOSED~~] ORDER |
| Defendant. | |

The Government respectfully submits this Stipulation and Proposed Order to memorialize the exclusion of time under the Speedy Trial Act from April 21, 2015, until the next status hearing in the above-captioned matter on May 5, 2015, at 2:00 p.m. The parties hereby stipulate and agree to the following:

1. The parties appeared before the Court on April 21, 2015 for a status hearing and the matter was continued until May 5, 2015, for setting of motions or a change of plea.

2. The parties now formalize their request for a continuance of the matter to May 5, 2015, at 2:00 p.m., for settings and respectfully submit that the period from April 21, 2015 through and including May 5, 2015, be excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) because failure to grant the requested continuance would unreasonably deny

1  defendant the reasonable time necessary for effective preparation, taking into account the exercise of
2  due diligence.  Specifically, the parties represent that defense counsel's need to review discovery and to
3  conduct necessary investigation supports the requested continuance.
4       IT SO STIPULATED.
5  DATED:  April 22, 2015　　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney
6
7  　　　　　　　　　　　　　　　　　　　By:  ＿＿/s/＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　LAURIE KLOSTER GRAY
8  　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
9  DATED:  April 22, 2015　　　　　　　　　　　＿＿/s/＿＿＿＿＿＿＿＿＿＿＿＿＿
10 　　　　　　　　　　　　　　　　　　　　　GEOFFREY A. HANSEN
　　　　　　　　　　　　　　　　　　　　　　Assistant Federal Public Defender
11 　　　　　　　　　　　　　　　　　　　　　Counsel for Jaquan Deshawn Taylor
12
13      FOR THE REASONS SET FORTH ABOVE, time under the Speedy Trial Act shall be excluded
14 from April 21, 2015 through May 5, 2015.
15
16 DATED:  April 27 2014　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　HON. WILLIAM H. ALSUP
17 　　　　　　　　　　　　　　　　　　　　　United States District Judge
18
19
20
21
22
23
24
25
26
27
28

2