1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  DAVID R. CALLAWAY (CABN 121782)
   Chief, Criminal Division
4  LAURIE KLOSTER GRAY (MNBN 1053618)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6557
7      FAX: (415) 436-6753
       laurie.kloster.gray@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA       )  CASE NO. CR 15-0205 WHA
14                                )
       v.                         )
15                                )
   JAQUAN DESHAWN TAYLOR,         )  STIPULATION AND [PROPOSED] ORDER
16                                )
       Defendant.                 )
17                                )
                                  )
18 _____ )

19      The Government, by and through its attorney, Laurie Kloster Gray, and defendant, by and

20 through his attorney, Geoffrey A. Hansen, respectfully submits this Stipulation and Proposed Order to

21 memorialize the exclusion of time under the Speedy Trial Act from July 21, 2015, until the next status

22 hearing in the above-captioned matter on August 11, 2015, at 2:00 p.m. The parties hereby stipulate and

23 agree to the following:

24      The parties respectfully submit that the time from July 21, 2015, through and including August

25 11, 2015, be excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)

26 because failure to grant the requested continuance would unreasonably deny defendant continuity of

27 counsel.

28 / / /

1  IT SO STIPULATED.

2  DATED: July 22, 2015                                  MELINDA HAAG
                                                        United States Attorney
3

4                                              By:   /s/
                                                     LAURIE KLOSTER GRAY
5                                                    Assistant United States Attorney

6

7  DATED: July 22, 2015                               /s/
                                                     GEOFFREY A. HANSEN
8                                                    Assistant Federal Public Defender
                                                     Counsel for Jaquan Deshawn Taylor
9

10                                    **[PROPOSED] ORDER**

11     THE COURT FINDS that the time period from July 21, 2015, through and including August 11,

12  2015, the date of the parties' next appearance, shall be excluded from the otherwise applicable Speedy

13  Trial Act computation for continuity of counsel.

14     THE COURT FINDS THAT the ends of justice served by granting a continuance from July 21,

15  2015, through and including August 11, 2015, outweigh the best interest of the public and the defendant

16  in a speedy trial within the meaning of 18 U.S.C. § 3161(h)(7)A).

17     Accordingly, THE COURT ORDERS THAT the period from July 21, 2015, through and

18  including August 11, 2015, is excluded from the otherwise applicable Speedy Trial Act computation,

19  pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

20     IT IS SO ORDERED

21  DATED: July 22, 2014

                                                     HON. WILLIAM H. ALSUP
22                                                   United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 15-0205 WHA                              2